**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
B.P.S.

                    Petitioner,

      - against -

KENNETH GENALO, in his official capacity
as Field Office Director of New York,
Immigration and Customs Enforcement,
ANTOINE FRAZIER in his official capacity
as Acting Warden of the Metropolitan Detention
 Center, TODD LYONS, in his official capacity
as Acting Director U.S. Immigrations and
Customs Enforcement, MARKWAYNE
MULLIN, in his official capacity as Secretary
of Homeland Security, TODD BLANCHE,
in his official capacity as Acting Attorney
General,

                   Respondents.
--------------------------------------------------------X

**JUDGMENT**
CV 26-2923 (GRB)

An Order of the Honorable Gary R. Brown, United States District Judge, having been filed on May 19, 2026; granting Petitioner's petition for a writ of habeas corpus 28 U.S.C. § 2241 as unlawful; granting the motion to seal; ordering Respondents to release Petitioner from their custody forthwith, returning him to the custody of Nassau County authorities only if the County has lodged a detainer; and directing the Clerk of Court to enter judgment and close the case, it is

**ORDERED AND ADJUDGED** that Petitioner, B.P.S.' petition for a writ of habeas corpus is granted as unlawful; that Respondents are ordered to release Petitioner from their custody forthwith, returning him to the custody of Nassau County authorities only if the County has lodged a detainer; and that the case is closed.

Dated: May 19, 2026
      Central Islip, New York

Approved by: */S/ Gary R. Brown*_____
                    GARY R. BROWN
                    United States District Judge

Dated: May 20 , 2026
      Central Islip, New York

Approved by: _____
                    BRENNA B. MAHONNEY
                    Clerk of Court